**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARISTIDE LEX,<br>Plaintiff,<br><br>v.<br><br>RYAN DENVER and LEE ROSENTHAL,<br>Defendants,<br><br>And<br><br>RYAN DENVER,<br>Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Third-Party Defendant. | CA No.: 1:25-cv-11137-ADB |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Seth Holbrook, HOLBROOK & MURPHY, enters his appearance as attorney for Lee Rosenthal in the above-entitled action.

Dated: August 28, 2025

                                              Respectfully Submitted,

                                              */s/ Seth S. Holbrook*
                                              Seth S. Holbrook, BBO# 237850
                                              HOLBROOK & MURPHY
                                              238-240 Lewis Wharf
                                              Boston, MA 02110
                                              P: 617-428-1151
                                              F: 617-428-6919
                                              sholbrook@holbrookmurphy.com

**Certificate of Service**

  I hereby certify that on August 28, 2025, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                */s/ Seth S. Holbrook*
                Seth S. Holbrook, BBO# 237850
                HOLBROOK & MURPHY
                238-240 Lewis Wharf
                Boston, MA 02110
                P: 617-428-1151
                F: 617-428-6919
                sholbrook@holbrookmurphy.com